# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00368-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. DANIEL ROBERT SPENCER, JR.

    Defendant.

## MINUTE ORDER[1]

    On **August 6, 2010**, commencing at 10:00 a.m., the court shall conduct a hearing on the petition for revocation of supervised release. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: March 31, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.