**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00368-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. DANIEL ROBERT SPENCER, JR.

    Defendant.

## MINUTE ORDER[1]

    At the request of defense counsel and the probation department, the hearing on the revocation of supervised release previously set for August 6, 2010, is **VACATED** and is **RESET** to **July 7, 2010**, at 10:00 a.m..

    Dated: May 4, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.